# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DONNA R. PARKS,

                Plaintiff,                      20 **CIVIL** 0034 (SN)

     -v-                                      **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Stipulation and Order dated May 14, 2021, that this action be, and
hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42
U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       May 14, 2021

                                 **RUBY J. KRAJICK**
                            _____
                               **Clerk of Court**
          **BY:**    K. Mango
                               _____
                               **Deputy Clerk**